UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

HILDA L. SOLIS, Secretary Of Labor,
United States Department of Labor,

Plaintiff,

v.

HARVEY L. SLOBODKIN,

Defendant.

CIVIL ACTION NO.
1:09-cv-10989-GAO

## DEFAULT JUDGMENT

Plaintiff, Secretary of Labor, United States Department of Labor, having filed a complaint and defendant Harvey L. Slobodkin having been duly served with a copy of the complaint and summons, defendant having failed to plead or otherwise defend within the time prescribed by law, and default of defendant having been duly entered by the Clerk of this Court, the truth of the allegations contained in the complaint having been made to appear by the affidavit of Edward Maloney, Deputy Regional Director of the Employee Benefits Security Administration of the U. S. Department of Labor, and it appearing that defendant is not in the military service and is not within the classifications of infant or incompetent, now therefore, upon application of the plaintiff and for cause shown,

JUDGMENT IS HEREBY ENTERED against defendant Harvey L. Slobodkin in accordance with the prayer of the complaint in the above-styled action; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1.     Defendant Harvey L. Slobodkin is permanently enjoined from violating or participating in any violation of Title I of the Employee Retirement Income security Act of 1974 (ERISA), 29 U.S.C. § 1001 et seq.

2.     Defendant Harvey L. Slobodkin is permanently enjoined from acting in a fiduciary capacity within the meaning of ERISA §3(21), 29 U.S.C. § 1002(21) with respect to any ERISA-covered employee benefit plan, other than the Boston Baby, Inc. SIMPLE IRA Plan (the "SIMPLE Plan"), and the Boston Baby, Inc. Welfare Plan (the "Welfare Plan"), (together hereinafter, the "Plans"), with respect to any actions he is required to take to ensure the proper allocation and distribution of benefits to the Plans' participants and the proper termination of the SIMPLE Plan.

3.     Plaintiff shall recover from Defendant Harvey L. Slobodkin the principal amount of $23,864.62 and prejudgment interest calculated at the Internal Revenue Service rate set forth at I.R.C. § 6621 for the period from 01/30/05 through 9/30/09 in the amount of $6,480.96, with costs in the amount of $125.00 for a total judgment of $30,470.58, with interest as provided by law. The post judgment interest rate effective as of week ending October 2, 2009 is 0.39%.

4.     Defendant Harvey L. Slobodkin is hereby deemed liable to the Plans in the amount of $23,864.62, plus interest in the amount of $6,480.96, calculated at the Internal Revenue Service rate set forth at I.R.C. § 6621 for the applicable time period. Defendant Harvey L. Slobodkin shall pay or cause to be paid to the SIMPLE Plan and to the participants in the Welfare Plan the total amount of $30,345.58. immediately upon entry of this Judgment, as described in paragraphs #5

2

and #6 below.  Interest shall accrue from the date of this Judgment at the applicable post judgment interest rate, until paid.

5.      Defendant shall pay, or cause to be paid to the SIMPLE Plan, the amount of $27,404.67 plus interest at the statutory post judgment interest rate, calculated from the date of entry of this order to the date of final payment.  These funds shall be allocated to the accounts of the participants in the SIMPLE Plan consistent with their entitlements to these contributions, as indicated on Exhibit AA attached hereto, plus a pro rata share of the accrued interest.

6.      Defendant shall pay to the participants in the Welfare Plan listed on Exhibit BB, the amount of $2,940.91 plus interest at the statutory post judgment interest rate, calculated from the date of entry of this order to the date of final payment.  These funds shall be paid directly to each individual participant in the Welfare Plan consistent with his/her entitlement to these contributions, as indicated on Exhibit BB attached hereto, plus a pro rata share of the accrued interest.

7.      Upon making the payments as described in paragraph #5 above, Defendant shall ensure that distributions are made to the participants in the SIMPLE Plan and that the SIMPLE Plan is terminated.

8.  Within fifteen (15) days of the date of payment to the SIMPLE Plan and to the participants in the Welfare Plan pursuant to this Consent Judgment and Order, Defendant shall provide the Department of Labor with proof of all payments made, including copies of all checks. Within ninety (90) days of the date of payment, Defendant shall submit a written report to the

3

Department of Labor showing a full accounting of the proceeds and compliance with this Consent

Judgment and Order, including documentation showing distributions made to participants and

termination of the SIMPLE Plan. All documentation including proof of payment and report of

compliance shall be sent to the following address:

> Jean Ackerman, Regional Director,
> Boston Regional Office, U.S. Department of Labor
> Employee Benefits Security Administration
> JFK Federal Building, Room 575
> Boston, MA 02203

9.      The Court shall retain jurisdiction of this matter for purposes of enforcing this

Judgment.

10.      Nothing in this Judgment is binding on any governmental agency other than the

United states Department of Labor.

FURTHER, it is ORDERED that the United States Marshal cause a true copy of this

Judgment to be served on defendant Harvey L. Slobodkin, and it is further

ORDERED that defendant Harvey L. Slobodkin pays the costs of this action, including the

United States Marshal's fee and expenses for service of a true copy of this Judgment, as aforesaid.

Dated      November 23, 2009

_____
United States District Judge

## EXHIBIT AA

Boston Baby Inc. SIMPLE IRA Plan
Amounts Owed To Each Participant

| Name | Total Owed to Participant |
|---|---|
| Philip Begley | $1,385.69 |
| Catherine Downing | $395.16 |
| James Griffith | $235.82 |
| Christopher Hampe | $1,475.02 |
| Brian Nastasia | $1,755.86 |
| Scott Nastasia | $1,870.73 |
| Robert Catalano | $2,410.42 |
| Laurie Kenny | $434.99 |
| Marilyn Myott | $809.95 |
| Timothy Precourt | $3,087.20 |
| Mark Richter | $996.31 |
| Sandra Broome | $46.21 |
| Alice Denn | $119.93 |
| Kathye Gorham | $160.15 |
| Margie Hemenway | $931.21 |
| Judith Sampson | $4,960.57 |
| Naomi Evelyn | $1,288.28 |
| Ernest Finestone | $682.68 |
| Margery Gay | $1,550.61 |
| Michael Manning | $929.63 |
| Jocelyn Vargo | $1,545.63 |
| Sherry Rodrigue | $332.62 |
| **Total** | **$27,404.67** |

## EXHIBIT BB

Boston Baby Inc. Welfare Plan
Amounts Owed To Each Participant

| Name | Total Owed to Participant |
|---|---|
| Philip Begley | $119.29 |
| Jared Conway | $91.54 |
| Catherine Downing | $125.10 |
| Christopher Hampe | $325.72 |
| Donna Laplaca | $125.10 |
| Donna Michienzi | $271.25 |
| Brian Natasia | $325.72 |
| Scott Natasia | $325.72 |
| Janet Bemis | $125.10 |
| Linda Menard | $125.10 |
| Judith Sampson | $33.56 |
| Marilyn Myott | $125.10 |
| Timothy Precourt | $325.72 |
| Mark Richter | $88.03 |
| Naomi Evelyn | $33.56 |
| Margery Gay | $125.10 |
| Michael Manning | $125.10 |
| Jocelyn Vargo | $125.10 |
| **Total** | **$2,940.91** |

## CERTIFICATE OF SERVICE

I hereby do certify that I served the foregoing MOTION FOR ENTRY OF DEFAULT JUDGMENT, AFFIDAVIT OF EDWARD MALONEY, AFFIDAVIT OF TERESA SHIPLEY and proposed DEFAULT JUDGMENT on the 16th day of October, 2009, by placing one copy of same in an envelope addressed to each of the following:

> Harvey L. Slobodkin
> 11 Wayside Lane
> Canton, MA  02021

the last known address, and depositing same in the United States Mail at Boston, Massachusetts.

*/s/ Teresa Shipley*